IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-425-FDW-DCK

| | |
|---|---|
| ALICIA PRYOR, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| ORGANON USA, INC., ORGANON INTERNATIONAL, INC., MERCK & CO., INC., SCHERING CORPORATION, N.V. ORGANON AND MERCK SHARP & DOHME CORP., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay All Proceedings Including, But Not Limited To, The Initial Attorney's Conference As Required By Local Rule 16.1" (Document No. 16) filed September 10, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay All Proceedings Including, But Not Limited To, The Initial Attorney's Conference As Required By Local Rule 16.1" (Document No. 16) is **GRANTED**. The parties shall file a joint status report on **November 1, 2013**, if this action has not been transferred by that date.

Signed: September 10, 2013

David C. Keesler
United States Magistrate Judge